FILED IN CHAMBERS
U.S.D.C. - Rome
FEB 25 2014
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 4:13-CR-22-RLV |
| JAYE LEIGH THOMAS | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 25th day of February, 2014.

_____
ROBERT L. VINING, JR.
Senior United States District Judge